UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>JOSE LUIS RODRIGUEZ,<br><br>      Defendant. | CASE NO. 11CR1933-LAB<br><br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of the Information: __8:1326(a) and (b)__

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/2/11

                  _____
                  JAN M. ADLER
                  UNITED STATES MAGISTRATE JUDGE